IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATHADEUS LAMARK GREEN,

   Petitioner,

     v.

WARDEN ROBERT LEVERETTE
Warden,

   Respondent.

CIVIL ACTION FILE
NO. 1:06-CV-2846-TWT

## OPINION AND ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the Petition without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 29 day of January, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Green\r&r.wpd